IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA L. MOORE,<br><br>　　　　　Plaintiff(s),<br>　v.<br>EQUIFAX INFORMATION SERVICES LLC.,<br><br>　　　　　Defendant(s). | CASE NO. 5:12-cv-04713 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties Joint Statement (see Docket Item No. 46) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for October 4, 2013, is CONTINUED to **October 25, 2013, at 10:00 a.m.** On or before **October 18, 2013**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **October 18, 2013.**

**IT IS SO ORDERED.**

Dated: October 1, 2013

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

CASE NO. 5:120-cv-04713 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE