1
2
3
4
5

Thomas J. Lyons, Jr. (#0249646)
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommycjc@aol.com
*Admitted Pro Hac Vice*

6
7
8
9

Sara Lipowitz, Esq.
**Law Office of Sara J. Lipowitz**
303 Potrero Street, Suite 50
Santa Cruz, CA 95060
Phone: 831-427-0546
Fax: 831-427-0530

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Donna L. Moore, | ) | Case Number: C 12-04713 PSG |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| vs. | ) ) | Status Conference Scheduled For |
| Equifax Information Services LLC, | ) ) | Date: October 25, 2013 Time: 12:00 PM |
| Defendant(s). | ) ) ) | Courtroom 4, 5th Floor Judge: Edward J. Davila |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Donna L. Moore and Defendant Equifax Information Services LLC, by their respective undersigned counsel, that all claims raised by Plaintiff Donna L. Moore, may be dismissed against Defendant with prejudice and without costs or disbursements awarded to either party and that a judgment of dismissal with prejudice may be entered by the Court pursuant to this stipulation without further notice to any party.

| | | |
|---|---|---|
| 1 | Dated: October 21, 2013 | **ATTORNEYS FOR PLAINTIFF** |

By:   s/Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr. (#0249646)
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommycjc@aol.com
*Admitted Pro Hac Vice*

Sara Lipowitz, Esq.
**Law Office of Sara J. Lipowitz**
303 Potrero Street, Suite 50
Santa Cruz, CA 95060
Phone: 831-427-0546
Fax: 831-427-0530

**ATTORNEYS FOR DEFENDANT**

Dated: October 21, 2013

By:   s/Ian Edward Smith
Ian Edward Smith
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309-3521
Tel. (404) 572-2565
Fax: (404) 572-5100
iesmith@kslaw.com
*Admitted Pro Hac Vice*

Thomas P. Quinn, Jr. [S.B.  #132268]
**NOKES & QUINN, APC**
410 Broadway, Suite 200
Laguna Beach, California  92651
Tel: (949) 376-3500
Fax: (949) 376-3070
tquinn@nokesquinn.com

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**
Page **2** of **3**

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

The above-entitled action is dismissed with prejudice and without costs. Each party is to bear its own attorneys' fees and costs. The clerk shall close this file.

Dated: October 21, 2013

The Honorable Edward J. Davila
United States District Judge